IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00284-WDM-MEH

BRAD M. WOOD,

    Plaintiff,

v.

CARL T. RAPER,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on July 24, 2006.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge

PDF FINAL